UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAURO GONZALES, AYA300,

    Plaintiff,

  v.

SAN JOSE COUNTY COUNCIL, et al.,

    Defendants.

Case No.   16-cv-02056-SK (PR)

**ORDER OF DISMISSAL**

    Plaintiff, a prisoner at the Santa Clara County Jail, Elmwood Facility, filed a pro se complaint for damages under 42 U.S.C. § 1983 claiming unlawful arrest and unlawful detention/imprisonment.  He also consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c).

    On May 23, 2016, the court dismissed plaintiff's conclusory allegations of unlawful arrest and unlawful detention/imprisonment with leave to amend to name specific defendants and describe specific facts showing how each defendant's actions and/or omissions both actually and proximately caused the violation of the federally protected rights of which he complains, if possible.  The court warned plaintiff that failure to file an amended complaint within 28 days would result in the dismissal of this action.

    More than 40 days have passed and plaintiff still has not filed an amended complaint or sought an extension of time to do so.  The action is DISMISSED.

    The clerk shall enter judgment in accordance with this order and close the file.

    **IT IS SO ORDERED**.

Dated: July 5, 2016

_____
SALLIE KIM
United States Magistrate Judge